AUGUSTUS TRIMMER, administrator, appellant,

*v.*

ANTOINETTE MIDDAUGH, respondent.

*Mr. Wm. H. Morrow,* for appellant.

*Mr. Nicholas Harris* and *Mr. Henry S. Harris,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor in *Middaugh* v. *Trimmer, 7 Stew. Eq. 82.*